# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **JOYCE L. SNYDER, et al.,** : | Case No. 1:20-cv-254 |
| : | |
| Plaintiffs, : | Judge Susan J. Dlott |
| : | Magistrate Judge Karen Litkovitz |
| v. : | |
| : | |
| **ASCENSUS, LLC**, : | |
| : | |
| Defendant. : | |

### THE PARTIES JOINT MOTION FOR EXTENSION OF DEADLINES FOR AMENDING PLEADINGS, MOTIONS RELATIVE TO THE PLEADINGS, DISCLOSURE OF EXPERTS AND SUBMISSION OF EXPERT REPORTS

Plaintiffs Joyce L. Snyder, Kenneth N. Chard, and John Gutzwiller (collectively "Plaintiffs") and Defendant, Ascensus, LLC ("Defendant"), hereby jointly move this Court pursuant to S.D. Ohio Civ. R. 7.3 for: i) extension of the deadline for motions relative to the pleadings to March 3, 2021; ii) extension of time for motions relative to the pleadings to March 31, 2021; iii) extension of the deadline for disclosure of expert witnesses and submission of expert report(s) with Plaintiff identifying and producing primary expert report(s) on or before April 1, 2021 and Defendant identifying and producing expert report(s) on or before May 1, 2021. The extension of time will permit the parties to continue to pursue mediation prior to engaging in further discovery related to amending the pleadings. A Memorandum in Support is attached. Pursuant to S.D. Ohio Civ. R. 7.3 a proposed order is also attached.

Respectfully submitted,

/s/ Peter A. Saba
Peter A. Saba (0055535)
Joshua M. Smith (0092360)
STAGNARO, SABA
& PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701
pas@sspfirm.com
**Attorneys for Plaintiff**


/s/ Frank F. Velocci
Paul A. Wolfla (Ohio Bar No. 0069801)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
(317) 237-1241
paul.wolfla@faegredrinker.com

Frank F. Velocci (Admitted *Pro Hac Vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, New Jersey 07962
(973) 549-7078
frank.velocci@faegredrinker.com
**Attorneys for Defendant / Counterclaim Plaintiff**

2

**MEMORANDUM IN SUPPORT**

Pursuant to Fed. R. Civ. P. 6(b), "when an act may or must be done within a specified time, the court may, for good cause, extend the time (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect." Further, S.D. Ohio Local Rule 7.3(a) provides:

> (a) Motions for Extension of Time. Prior to filing any motion for an extension of time, counsel shall consult with all parties (except prisoners appearing pro se) whose interests might be affected by the granting of such relief and solicit their consent to the extension. The motion shall affirmatively state that such consultation has occurred or was attempted in good faith and shall state whether the motion is unopposed. If the extension is not opposed, the movant should submit a proposed order to the Court in the form prescribed by S.D. Ohio Civ. R. 7.4.

The parties hereby jointly request that the Court's Calendar Orders dated September 23, 2020 (Doc. 17) and December 14, 2020 (Doc. 21) be modified such that: i) the deadline for motions relative to the pleadings be extended from February 15, 2021 to March 3, 2021; ii) the time for motions relative to the pleadings be extended from March 1, 2021 to March 31, 2021; and iii) the deadline for disclosure of expert witnesses and submission of expert report(s) be extended, with Plaintiff identifying and producing primary expert report(s) on or before April 1, 2021 (as opposed to March 1, 2021) and Defendant identifying and producing expert report(s) on or before May 1, 2021 (as opposed to April 1, 2021).

As previously indicated, an extension of time would allow the parties to continue to pursue the mediation which began on January 14, 2021, prior to engaging in further discovery related to amending the pleadings. No party will be prejudiced by this extension, and there are no other case deadlines which would be affected by the same. The proposed order granting the motion is attached.

Respectfully submitted,

/s/ Peter A. Saba
Peter A. Saba (0055535)
Joshua M. Smith (0092360)
STAGNARO, SABA
& PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701
pas@sspfirm.com
**Attorneys for Plaintiff**


/s/ Frank F. Velocci
Paul A. Wolfla (Ohio Bar No. 0069801)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
(317) 237-1241
paul.wolfla@faegredrinker.com

Frank F. Velocci (Admitted *Pro Hac Vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, New Jersey 07962
(973) 549-7078
frank.velocci@faegredrinker.com
**Attorneys for Defendant / Counterclaim Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was serviced this 25 day of January, 2021 via electronic mail upon all parties.

/s/ Peter A. Saba
Peter A. Saba (0055535)

4

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JOYCE L. SNYDER, et al.,** | : | Case No. 1:20-cv-254 |
| | : | |
| Plaintiffs, | : | Judge Susan J. Dlott |
| | : | Magistrate Judge Karen Litkovitz |
| v. | : | |
| | : | |
| **ASCENSUS, LLC**, | : | |
| | : | |
| Defendant. | : | |

### ORDER GRANTING THE PARTIES JOINT MOTION FOR EXTENSION OF DEADLINES FOR AMENDING PLEADINGS, MOTIONS RELATIVE TO THE PLEADINGS, DISCLOSURE OF EXPERTS AND SUBMISSION OF EXPERT REPORTS

This civil action is before the Court on the parties joint motion to modify the Calendar Orders dated September 23, 2020 (Doc. 17) and December 14, 2020 (Doc. 21) such that: i) the deadline for motions relative to the pleadings be extended from February 15, 2021 to March 3, 2021; ii) the time for motions relative to the pleadings be extended from March 1, 2021 to March 31, 2021; and iii) the deadline for disclosure of expert witnesses and submission of expert report(s) be extended, with Plaintiff identifying and producing primary expert report(s) on or before April 1, 2021 (as opposed to March 1, 2021) and Defendant identifying and producing expert report(s) on or before May 1, 2021 (as opposed to April 1, 2021). The joint motion is well taken.  This case shall proceed as follows:

1. Deadline for leave to amend pleadings: **March 3, 2021**
   Deadline for motions relative to the pleadings: **March 31, 2021.**

2. Deadline for disclosure of expert witnesses and submission of expert reports:
   Plaintiff identify and produce primary expert report(s): **April 1, 2021**
   Defendant identify and produce primary expert report(s): **May 1, 2021**

All other dates in the Court's Calendar issued September 23, 2020 (Doc. 17) shall remain.

1

IT IS SO ORDERED.

Date:_____      _____
                                  Karen L. Litkovitz
                                  UNITED STATES MAGISTRATE JUDGE

2