# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JOYCE L. SNYDER, et al.**, | : | Case No. 1:20-cv-254 |
| | : | |
| Plaintiffs, | : | Judge Susan J. Dlott |
| | : | Magistrate Judge Karen Litkovitz |
| v. | : | |
| | : | |
| **ASCENSUS, LLC**, | : | |
| | : | |
| Defendant. | : | |

## ORDER GRANTING THE PARTIES JOINT MOTION FOR EXTENSION OF DEADLINES FOR AMENDING PLEADINGS, MOTIONS RELATIVE TO THE PLEADINGS, DISCLOSURE OF EXPERTS AND SUBMISSION OF EXPERT REPORTS

This civil action is before the Court on the parties joint motion to modify the Calendar Orders dated September 23, 2020 (Doc. 17) and December 14, 2020 (Doc. 21) such that:  i) the deadline for motions relative to the pleadings be extended from February 15, 2021 to March 3, 2021; ii) the time for motions relative to the pleadings be extended from March 1, 2021 to March 31, 2021; and iii) the deadline for disclosure of expert witnesses and submission of expert report(s) be extended, with Plaintiff identifying and producing primary expert report(s) on or before April 1, 2021 (as opposed to March 1, 2021) and Defendant identifying and producing expert report(s) on or before May 1, 2021 (as opposed to April 1, 2021). The joint motion is well taken.  This case shall proceed as follows:

1. Deadline for leave to amend pleadings: **March 3, 2021**
   Deadline for motions relative to the pleadings: **March 31, 2021.**

2. Deadline for disclosure of expert witnesses and submission of expert reports:
   Plaintiff identify and produce primary expert report(s): **April 1, 2021**
   Defendant identify and produce primary expert report(s): **May 1, 2021**

All other dates in the Court's Calendar issued September 23, 2020 (Doc. 17) shall remain.

IT IS SO ORDERED.

Date: 1/26/2021

*Karen L. Litkovitz*
Karen L. Litkovitz
UNITED STATES MAGISTRATE JUDGE